JUDGE JONES



Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
CPM CORPORATION LIMITED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| CPM CORPORATION LIMITED,<br><br>            Plaintiff,<br><br>            -against-<br><br>SHANGHAI EVERLUCK SHIPPING a/k/a<br>SHANGHAI EVER LUCK SHIPPING AGENCY<br>LTD.,<br><br>            Defendant. | 08 Civ. _____<br><br>**CORPORATE DISCLOSURE<br>STATEMENT IN ACCORDANCE<br>WITH RULE 7.1 OF THE FEDERAL<br>RULES OF CIVIL PROCEDURE** |

I, Lissa D. Schaupp, attorney for Plaintiff CPM Corporation Limited ("CPM"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

      CPM has no corporate parents and no company owns 10% or more of its shares or stock.

Dated:    New York, New York
            August 5, 2008

                              HOLLAND & KNIGHT LLP

                    By:   _____
                              Michael J. Frevola
                              Christopher R. Nolan
                              Lissa D. Schaupp
                              195 Broadway
                              New York, NY 10007-3189
                              Tel:   (212) 513-3200
                              Fax:  (212) 385-9010
                              *Attorneys for Plaintiff*
                              *CPM Corporation Limited*

# 5509575_v1